1   GEORGE S. CARDONA
    United States Attorney
2   LEON W. WEIDMAN
    Assistant United States Attorney
3   Chief, Civil Division
    CEDINA M. KIM, CSBN 147248
4   Assistant United States Attorney
        300 North Los Angeles Street, #7516
5       Los Angeles, California  90012
        Telephone: (213)894-2446
6       Facsimile: (213)894-7819
        Email: Cedina.Kim@usdoj.gov
7   Attorneys for Defendant

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10  GLENDA SOUICE                    )   No.   CV 07-00854 PSG (CT)
11                                   )
                                     )   ORDER ON PARTIES' STIPULATION
12         Plaintiff,                )   TO EXTEND DATES IN CASE
                                     )   MANAGEMENT ORDER
13         v.                        )
                                     )   Court: Hon. CAROLYN  TURCHIN
14  MICHAEL J. ASTRUE,               )          U.S. Magistrate Judge
    Commissioner of Social           )
15  Security,                        )
                                     )
16         Defendant.                )
    _____   )

17

18         Pursuant to the concurrently filed Stipulation, the parties' request for an

19  extension of time is granted.  Defendant shall file his brief by September 28, 2007,

20  and Plaintiff shall file any reply within seven days thereafter, by October 5, 2007.

21

22  IT IS SO ORDERED.
                              8/28/2007
23         DATED: _____

24                                  /S/
                                   _____
25                                 HON. CAROLYN TURCHIN
                                   UNITED STATES MAGISTRATE JUDGE
26

27

28